# UNITED STATES DISTRICT COURT
District of Maryland

Dennis Shipman,

Plaintiff, Pro Se

V.

                Summons

Bruce Goodman,
Nancy Landis,
Goodman Properties

Defendants.

            **TO**: Goodman Properties, Bruce Goodman, Nancy Landis 636 Old York Road, 2nd Floor Jenkintown, PA 19046
bruce@goodmanproperties.org
nancy@goodmanproperties.org
(215) 885-8383

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF:
Dennis Shipman
4417 Kenwood Avenue
2nd Floor
Baltimore, MD 21026-2017

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

DATE:_____

_____
CLERK

_____

9

(By) DEPUTY CLERK
**RETURN OF SERVICE**

Service of the Summons and complaint was made by

DATE

NAME OF SERVER _____ TITLE

*Check one box below to indicate appropriate method of service*

Served personally upon the third-party defendant.
Place where served:
Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

Returned unexecuted:

Other (specify):

**STATEMENT OF SERVICE FEES**

TRAVEL_____ SERVICES_____ TOTAL_____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.
Executed on

Date

*Signaturer:*_____

*Address:*_____

10